```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW HAMPSHIRE
```

Shannon Bradley

    v.                                      Civil No. 14-cv-225-PB

Walmart Store #1749

## O R D E R

Shannon Bradley, proceeding in forma pauperis, has filed a complaint (doc. no. 1) against Walmart Store #1749.  In the Report and Recommendation issued this date, the court finds that Bradley has alleged a violation of Title III of the Americans with Disabilities Act, 42 U.S.C. § 12182(a), which is enforceable through a claim for injunctive relief, pursuant to 42 U.S.C. § 12188(a)(1).[1]  Accordingly, the complaint will be served.  See LR 4.3(d)(2)(C).

The clerk's office is directed to issue the summons form (doc. no. 1-1) plaintiff filed with her complaint, and to forward the summons, along with copies of the complaint (doc. no. 1), the Report and Recommendation issued this date, and this Order, to the office of the United States Marshal for the

---

[1] In the report and recommendation, the court recommends the dismissal of another claim asserted in the complaint and Bradley's damages claims.

District of New Hampshire ("U.S. Marshal's office") to complete service, in accordance with this Order.  Upon receipt of the necessary documentation, the U.S. Marshal's office shall effect service upon Walmart Store #1749 pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure.  <u>See</u> 28 U.S.C. § 1915(d).

    Defendant is instructed to answer or otherwise plead within twenty-one days of service.  <u>See</u> Fed. R. Civ. P. 12(a)(1)(A).

    Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on defendant by delivering or mailing the materials to defendant or its attorney(s), pursuant to Fed. R. Civ. P. 5(b).

    SO ORDERED.

                                        Andrea K. Johnstone
                                        United States Magistrate Judge

July 7, 2014

cc:   Shannon Bradley, pro se