UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Shannon Bradley

v.

Walmart Store No. 1749

Civil No. 14-cv-225-PB

O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 7, 2014. Plaintiff's claim asserting a verbal insult from a Walmart employee is dismissed, and plaintiff's claim for money damages, relating to the Walmart parking lot is dismissed. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

SO ORDERED.

/s/ Paul Barbadoro
Paul Barbadoro
United States District Judge

Date: August 14, 2014

cc: Shannon Bradley, pro se